**Slip Op. 99-45**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

```
_____
                                    :
METER S.p.A.,                       :
                                    :
            Plaintiff,              :
                                    :
      v.                            :   Court No. 95-04-00371
                                    :
THE UNITED STATES,                  :
                                    :
            Defendant.              :
_____ :
```

**JUDGMENT**

On May 11, 1995, the Court ordered the Department of Commerce, International Trade Administration ("Commerce") to correct certain ministerial errors in <u>Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof From Italy; Final Results of Antidumping Administrative Reviews and Revocation in Part of an Antidumping Duty Order</u>, 60 Fed. Reg. 10,959 (Feb. 28, 1995). The Court further ordered that Commerce publish amended final results incorporating these corrections in the <u>Federal Register</u> and that the parties file amended complaints to take into account any changes in the final results resulting from Commerce's action. <u>See Meter v. United States</u>, 19 CIT 692, Slip Op. 95-90 (May 11, 1995) (order granting plaintiff's consent motion for leave of Court to correct ministerial errors)(Tsoucalas, Judge).

Upon due deliberation, this Court, having found that Commerce published amended final results incorporating the corrections as ordered, <u>see</u> <u>Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof from Italy; Amended Final Results of Antidumping Duty Administrative Review</u>, 60 Fed. Reg. 33,791 (June 29, 1995), and the parties, having failed to file amended complaints within thirty days of the publication of the amended results, and all other issues having been decided, it is hereby

**ORDERED** that this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:  May 21, 1999
        New York, New York